1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234
      Email: Acadia.Senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) Case No. CR 07-0420 EDL
                                      )
14 |     Plaintiff,                   )
                                      ) **MOTION AND [PROPOSED] ORDER**
15 | v.                               ) **TO DISMISS INFORMATION**
                                      )
16 | DANIEL YOUNG,                    )
                                      )
17 |     Defendant.                   )
   |_____)
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California moves to dismiss the above

21 Information without prejudice.

22

23

24 DATED: _____         Respectfully submitted,

25                                      MELINDA HAAG
                                        United States Attorney
26

27                                             /s/
                                        ACADIA L. SENESE
28                                      Special Assistant United States Attorney

Motion and [Proposed] Order to Dismiss Information
CR 07-0420

1 //

The Court hereby grants leave to dismiss the above Information without prejudice.

DATED: Sept 21, 2011

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 07-0420